**Entered on Docket**
**May 26, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

ARMANDO M CORTINAS

Debtor(s)

BK-03-19607 LBR

Hearing Date: N/A
Hearing Time: N/A

### AMENDED ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon the foregoing Motion and in accordance with the provisions of 28 U.S.C. Section 2042, and good cause appearing therefore, it is hereby

ORDERED that the amount of $2,930.10 constituting an unclaimed dividend is declared due to WESTCOAST FUNDING INC.

IT IS FURTHER ORDERED that the Clerk, U.S. Bankruptcy Court, District of Nevada, pay this unclaimed dividend to the order of

WESTCOAST FUNDING, INC.
%STUART L WALLACH
20271 S.W. BIRCH ST., SUITE 100
NEWPORT BEACH, CA 92660

###