KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE                              e-filed on 9/21/2009
201 Las Vegas Blvd South, Suite 200
Las Vegas, NV  89101
(702) 853-0700
kal13mail@las13.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:                                                                                         CHAPTER 13
ARMANDO M CORTINAS                                                       CASE NO: BKS-03-19607-LBR
BEATRICE B CORTINAS
1060 SWEENEY AVENUE
LAS VEGAS, NV  89104

### CHAPTER 13 TRUSTEE'S FINAL DISTRIBUTION ACCOUNT AND REPORT - DISMISSED

Pursuant to Fed. R. Bankr P. 5009, Kathleen A. Leavitt, Chapter 13 Bankruptcy Trustee, certifies that, based on their records the Debtor's Chapter 13 bankruptcy estate has been fully administered and all checks have cleared.  Accordingly, the Trustee hereby submits the following Final Distribution Account and Report of the administration of the estate pursuant to 11 USC Sec. 1302 (b)(1).

Any objection to the Trustee's Final Distribution Account and Report must: be written, state the grounds of objection, and be filed no later than October 26, 2009, with the Clerk, United States Bankruptcy Court, Foley Federal Building, 300 Las Vegas Boulevard South, 4th Floor, Las Vegas, NV 89101.  A copy must be served upon Kathleen A. Leavitt, Chapter 13 Trustee, 201 Las Vegas Blvd South, Suite 200, Las Vegas, NV  89101.  In the absence of a timely filed Objection, the Bankruptcy Court shall close the case and discharge the Trustee.

| Case filed Date: | Date Plan Confirmed on: | Date Case Closed: |
|---|---|---|
| 08/01/2003 | 11/19/2003 | 12/09/2008 |

Total funds received and disbursed pursuant to the plan:         $28,288.00         Detail of Disbursements below:

| CREDITOR NAME | CLERK'S CLAIM # | TRUSTEE'S CLAIM NO. | CLASS OF CLAIM | ALLOWED CLAIM AMOUNT | PRINCIPAL PAID | INTEREST PAID |
|---|---|---|---|---|---|---|
| FORD MOTOR CREDIT COMPANY | 8 | 00001 | VEHICLE DIRECT | 10,146.88 | 0.00 | 0.00 |
| WELL FARGO BANK NA | 2 | 00002 | MORTGAGE ARREARS | 13,790.40 | 13,790.40 | 0.00 |
| WEST COAST FUNDING INC | 11 | 00005 | MORTGAGE ARREARS | 7,175.23 | 7,175.23 | 0.00 |
| ROUNDUP FUNDING LLC | 5 | 00006 | UNSECURED | 6,057.40 | 1,012.81 | 0.00 |
| AT&T WIRELESS SERVICES | 0 | 00008 | UNSECURED | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK | 9 | 00009 | UNSECURED | 774.51 | 129.50 | 0.00 |
| CHILDRENS EMERGENCY MEDICINE | 10 | 00010 | UNSECURED | 240.00 | 40.13 | 0.00 |
| CHILDRENS EMERGENCY MEDICINE | 0 | 00012 | UNSECURED | 0.00 | 0.00 | 0.00 |
| CHILDRENS EMERGENCY MEDICINE | 0 | 00013 | UNSECURED | 0.00 | 0.00 | 0.00 |
| DISCOVER FINANCIAL | 0 | 00015 | UNSECURED | 0.00 | 0.00 | 0.00 |

**CORTINAS, ARMANDO M and CORTINAS, BEATRICE B**                                    CASE NO: BKS-03-19607-LBR

| CREDITOR NAME | CLERK'S CLAIM # | TRUSTEE'S CLAIM NO. | CLASS OF CLAIM | ALLOWED CLAIM AMOUNT | PRINCIPAL PAID | INTEREST PAID |
|---|---|---|---|---|---|---|
| FINGERHUT/AXSYS | 0 | 00017 | UNSECURED | 0.00 | 0.00 | 0.00 |
| FLAMINGO EMERGENCY PHYSICIAN | 0 | 00018 | UNSECURED | 0.00 | 0.00 | 0.00 |
| GENERAL MOTORS ACCEPTANCE CORP | 4 | 00020 | UNSECURED | 9,075.87 | 1,517.52 | 0.00 |
| STUART ALLAN & ASSOC. | 1 | 00021 | UNSECURED | 57.60 | 5.18 | 0.00 |
| THE HOME DEPOT CRC | 0 | 00023 | UNSECURED | 0.00 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | 7 | 00024 | UNSECURED | 1,384.56 | 231.50 | 0.00 |
| J C PENNEY | 0 | 00025 | UNSECURED | 0.00 | 0.00 | 0.00 |
| J C PENNEY | 0 | 00027 | UNSECURED | 0.00 | 0.00 | 0.00 |
| MCI TELECOMMUNICATIONS | 0 | 00028 | UNSECURED | 0.00 | 0.00 | 0.00 |
| MEDICAL REHABILITATION | 0 | 00030 | UNSECURED | 0.00 | 0.00 | 0.00 |
| PEDIATRIC ACUTE | 0 | 00031 | UNSECURED | 0.00 | 0.00 | 0.00 |
| PLUS FOUR INC | 3 | 00032 | UNSECURED | 100.00 | 13.96 | 0.00 |
| RESURGENT CAPITAL SERVICES | 6 | 00033 | UNSECURED | 1,318.14 | 220.39 | 0.00 |
| SUMMIT ANESTHESIA | 0 | 00034 | UNSECURED | 0.00 | 0.00 | 0.00 |
| SUNRISE HOSPITAL & MEDICAL CTR | 0 | 00035 | UNSECURED | 0.00 | 0.00 | 0.00 |
| TEXACO/CITI | 0 | 00037 | UNSECURED | 0.00 | 0.00 | 0.00 |
| UNIVERSITY MEDICAL CENTER | 0 | 00038 | UNSECURED | 0.00 | 0.00 | 0.00 |
| UNIVERSITY MEDICAL CENTER | 0 | 00040 | UNSECURED | 0.00 | 0.00 | 0.00 |
| UNIVERSITY MEDICAL CENTER | 0 | 00041 | UNSECURED | 0.00 | 0.00 | 0.00 |
| UNIVERSITY MEDICAL CENTER | 0 | 00042 | UNSECURED | 0.00 | 0.00 | 0.00 |
| VERIZON WIRELESS | 0 | 00043 | UNSECURED | 0.00 | 0.00 | 0.00 |
| CLARK COUNTY TREASURER | 0 | 00045 | SECURED-OTHER | 0.00 | 0.00 | 0.00 |
| ZDZILSLOW M PIROG | 0 | 00046 | SECURED DIRECT | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK | 12 | 00047 | UNSECURED | 554.05 | 92.64 | 0.00 |
| WELL FARGO BANK NA | 2 | 00049 | MORTGAGE DIRECT | 103,843.83 | 0.00 | 0.00 |
| WEST COAST FUNDING INC | 11 | 00050 | MORTGAGE DIRECT | 26,956.03 | 0.00 | 0.00 |
| FRANK SORRENTINO ESQ |  | 00000 | Administrative | $1,535.00 | $1,535.00 |  |

The debtor(s) attorney, FRANK SORRENTINO ESQ, was allowed $2,285.00 of which $750.00 was paid directly by the debtor(s) and $1,535.00 was paid from the plan.  The filing fee has been paid to the clerk directly by the debtor/debtor's Attorney.

CORTINAS, ARMANDO M and CORTINAS, BEATRICE B                                         CASE NO: BKS-03-19607-LBR

| CREDITOR NAME | CLERK'S CLAIM # | TRUSTEE'S CLAIM NO. | CLASS OF CLAIM | ALLOWED CLAIM AMOUNT | PRINCIPAL PAID | INTEREST PAID |
|---|---|---|---|---|---|---|
| **Disbursement Summary:** | | | | | | |
| Trustee Fees Pursuant to 11 USC 1326 (b) | | | | $2,515.73 | | |
| 11 USC 503(b) Administrative Expenses | | | | $0.00 | | |
| Sanctions/Additional Expenses | | | | $0.00 | | |
| Attorney's Fees | | | | $1,535.00 | | |
| Previous Attorney Fees | | | | $0.00 | | |
| Priority | | | | $0.00 | | |
| Secured | | | | $20,965.63 | | |
| Unsecured | | | | $3,263.63 | | |
| Refund to the Debtor and/or Chapter 7 Trustee | | | | $8.01 | | |
| | | | Total | $28,288.00 | | |

Dated: September 21, 2009                             Submitted by:

/s/ Kathleen A. Leavitt
KATHLEEN A. LEAVITT
Chapter 13 Standing Trustee