# United States Bankruptcy Court
### District of Nevada

Case No. <u>03–19607–lbr</u>
**Chapter 13**

In re: (Name of Debtor)

| | |
|---|---|
| ARMANDO M. CORTINAS | BEATRICE B. CORTINAS |
| 1060 SWEEENEY AVENUE | 1060 SWEEENEY AVENUE |
| LAS VEGAS, NV 89104 | LAS VEGAS, NV 89104 |

## ORDER DISCHARGING TRUSTEE AND CLOSING OF DISMISSED CASE

The estate of the above named debtor(s), having been Dismissed by Court Order, **IT IS HEREBY ORDERED THAT:**

KATHLEEN A. LEAVITT, Trustee

is discharged as trustee of the estate of the above named debtor(s) and the Bankruptcy is hereby closed.

Dated: 12/31/09

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court